IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. HOWARD MUSIN, JILL SCHWARTZ-MUSIN, SSC SERVICES, INC., M-S SERVICES, INC., SCHWARTZ'S SYSTEMS CORPORATION, Defendants. | No. 4:09-cv-00062-JAJ-CFB  **ORDER** |

This matter comes before the court pursuant to defendants' motion to amend, enlarge and reconsider judgment. [Dkt. No. 274] The motion relates to this court's post trial order denying defendants' motion to amend their counterclaim and dismissing it. [Dkt. No. 272]

The court was unaware that discovery on the counterclaim had been stayed and that it had been severed from the remainder of the case. The issue was not mentioned in the final pretrial order or the trial briefs. Accordingly, that portion of this court's order discussing the lack of evidence concerning the counterclaim at the time of trial is hereby stricken. [Dkt. No. 272, p. 5]

The proposed amendment to the counterclaim is still untimely and is denied. The court will permit limited discovery on Count 1 of the counterclaim and entertain dispositive motions on this claim filed on or before June 1, 2012.

Because one claim remains unresolved, the entry of judgment is not yet appropriate. FED. R. CIV. P. 54(b). The judgment entered July 13, 2011, is set aside until the

counterclaim is resolved.   The injunction remains in full force and effect in the interim.

IT IS SO ORDERED.

DATED this 30th day of March, 2012.

JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA